NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IRWIN INDUSTRIAL TOOL COMPANY (doing business as Lenox),**
*Plaintiff-Appellee,*

v.

**BIBOW INDUSTRIES, INC. AND CHRISTOPHER W. BIBOW,**
*Defendants-Appellants.*

---

2013-1112

---

Appeal from the United States District Court for the District of Massachusetts in No. 11-CV-30023, Judge Douglas P. Woodlock.

---

**JUDGMENT**

---

RACHAEL A. HARRIS, Squire Sanders (US) LLP, of Washington, DC, argued for plaintiff-appellee.  With her on the brief was JOHN A. BURLINGAME.

EDWARD P. DUTKIEWICZ, of Dade City, Florida, argued for defendants-appellants.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 23, 2013      /s/  Daniel E. O'Toole
Date            Daniel E. O'Toole
                 Clerk